### FORD v. STATE.    (No. 6754.)

(Court of Criminal Appeals of Texas.    March 22, 1922.)

Criminal law ⟨Key⟩1144(16)—All presumptions in favor of verdict in absence of statement of facts or bill of exceptions.

Where the record contains no statement of facts or bills of exceptions, and the proceedings appear to be regular, all presumptions must be indulged in favor of the correctness of the verdict.

Appeal from Criminal District Court, Tarrant County; Geo. E. Hosey, Judge.

Bertha Ford was convicted of robbery, and she appeals. Affirmed.

R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Conviction is for robbery. Punishment five years in the penitentiary.

The record before us contains neither statement of facts nor bills of exception. The indictment charges an offense, and the proceedings appear to be regular. In this state of the record all presumption must be indulged in favor of the correctness of the verdict.

The judgment of the trial court is affirmed.